Floyd W. Bybee, SB 012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Todd D. Simpson, SB 031251
**LARSON & SIMPSON, PLC**
90 S. Kyrene Rd, Ste. 5
Chandler, AZ 85226-4687
Phone: (602) 730-2875
Fax: (866) 359-3374
todd@larsonandsimpson.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Angelica Jackson;<br><br>     Plaintiff,<br><br>v.<br><br>Capital One Bank (USA), N.A.;<br><br>     Defendant. | No.<br><br>**COMPLAINT**<br><br>(Jury Trial Demanded) |

**Preliminary Statement**

1. On one or more occasions Defendant obtained the Plaintiff's credit report in violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 *et seq*. Plaintiff seeks monetary, declaratory and injunc-

1 tive relief.

## Jurisdiction and Venue

2. Jurisdiction over this action is premised upon 15 U.S.C. § 1681p and 28 U.S.C. § 1367.

3. Venue is proper in this District under 28 U.S.C. § 1391(b), and in that the Defendant's conduct complained of occurred in the District.

## Parties

4. Plaintiff is an individual who resides in Maricopa County, Arizona.

5. Defendant Capital One Bank (USA), N.A. is a nationally chartered bank doing business within the state of Arizona.

## Factual Allegations

### *The Impermissible Access*

6. On March 17, 2015, Capital One accessed or obtained a consumer report (hereinafter "credit report" or "consumer report") on Ms. Jackson from Equifax, a national consumer reporting agency.

7. Capital One's stated purpose for requesting the credit report was "account review."

8. Every account Ms. Jackson has had with Capital One was included in a Chapter 7 bankruptcy case filed July 1, 2014, and discharged on October 16, 2014.

9. At the time of the inquiry, Ms. Jackson had no active or open accounts with Capital One to review.

10. Capital One was sent notice of Ms. Jackson's bankruptcy filing by the bankruptcy court on or about July 3, 2014.

11. Capital One was sent notice of Ms. Jackson's bankruptcy discharge by

the bankruptcy court on or about October 16, 2014.

12. Capital One did not have a permissible purpose for making the credit report inquiry on Plaintiff on March 17, 2015.

13. At the time Capital One made its inquiry, Capital One knew that all accounts it previously had with Ms. Jackson were closed.

14. At the time Capital One made its inquiry, Capital One knew that all accounts it previously had with Ms. Jackson were included and discharged in Ms. Jackson's Chapter 7 bankruptcy.

15. At the time Capital One made its inquiry, Capital One knew that its stated purpose for obtaining Ms. Jackson credit report, that of "Account Review," was false.

16. At the time Capital One made its inquiry, Capital One knew that it did not have a permissible purpose to access Ms. Jackson's credit report.

17. Upon information and belief, at the time Capital One obtained Plaintiff's credit report on March 17, 2015, Capital One had a policy of regularly ignoring the bankruptcy discharge of its prior customers and regularly obtained credit reports under the guise of an "Account Review."

### *Other Impermissible Accesses*

18. Upon information and belief, Capital One accessed Ms. Jackson's consumer report one or more times between April 16, 2013 and April 15, 2015 without a permissible purpose.

### Count I.   Violation of FCRA

#### *Negligently Obtaining Consumer Report Without Permissible Purpose*

19. Plaintiff incorporates the preceding paragraphs.

20. Capital One acted negligently in requesting and obtaining Ms. Jackson's credit reports without a permissible purpose.
21. Capital One's conduct in obtaining Ms. Jackson's credit reports without a permissible purpose therefore violated 15 U.S.C. §1681b(f).
22. As a result of Capital One's violation of the FCRA, Ms. Jackson has suffered an invasion privacy, and other actual damages.

WHEREFORE, the plaintiff requests that this Court enter judgment in her favor and against defendant Capital One as follows:

    a. pursuant to 15 U.S.C. § 1681*o*(a)(1), award her actual damages, for each impermissible access of her credit report;

    b. pursuant to 15 U.S.C. § 1681*o*(a)(2), award costs of the action and reasonable attorney fees; and

    c. grant such other and further relief as the court deems just and proper.

### Count II.   Violation of FCRA
*Willfully Obtaining Consumer Report Without Permissible Purpose*

23. Plaintiff incorporates the preceding paragraphs.
24. Capital One acted willfully in requesting and obtaining Ms. Jackson's credit reports without a permissible purpose.
25. Capital One's conduct in willfully obtaining Ms. Jackson's credit reports without a permissible purpose therefore violated 15 U.S.C. §1681b(f).
26. As a result of Capital One's violation of the FCRA, Ms. Jackson has suffered an invasion privacy, and other actual damages.

WHEREFORE, the plaintiff requests that this Court enter judgment in

her favor and against defendant Capital One as follows:

    a.    pursuant to 15 U.S.C. § 1681n(a)(1)(A), award her actual damages, or not less than $100 and not more than $1,000 for each impermissible access of her credit report, whichever is greater;

    b.    pursuant to 15 U.S.C. § 1681n(a)(2), award such punitive damages as the Court deems appropriate;

    c.    pursuant to 15 U.S.C. § 1681n(a)(3), award costs of the action and reasonable attorney fees; and

    d.    grant such other and further relief as the court deems just and proper.

**Demand for Jury Trial**

Plaintiff hereby demands a jury trial on all issues so triable.

RESPECTFULLY SUBMITTED:  April 15, 2015  .

    s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Todd D. Simpson, SB 031251
**LARSON & SIMPSON, PLC**
90 S. Kyrene Rd, Ste. 5
Chandler, AZ 85226-4687
Phone: (602) 730-2875
Fax: (866) 359-3374
todd@larsonandsimpson.com

Attorney for Plaintiff