Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Jackson, | No. CV 15-0678-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Capital One Bank (USA), N.A., | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice that the parties have reached a settlement in this action. Upon execution of the settlement documents, the parties will file the appropriate dismissal documents with the court.

/ / /

/ / /

DATED   October 14, 2015  .

           s/ Floyd W. Bybee  
         Floyd W. Bybee, #012651  
         **BYBEE LAW CENTER, PLC**  
         90 S. Kyrene Rd., Ste. 5  
         Chandler, AZ 85226-4687  
         Office: (480) 756-8822  
         Fax: (480) 302-4186  
         floyd@bybeelaw.com  

         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on  October 14, 2015 , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Wade M. Burgeson  
ENGELMAN BERGER, P.C.  
3636 N. Central Ave Ste. 700  
Phoenix, AZ 85012-1936  
wmb@eblawyers.com  

Maggie McHugh-Sivore  
Doll Amir Eley, LLP  
1888 Century Park E Ste 1850  
Los Angeles, CA 90067-1715  
mmchugh@dollamir.com  

Attorneys for Defendant


by   s/ Floyd W. Bybee